

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-9-2012

# In Re: Robert Davis

Precedential or Non-Precedential: Non-Precedential

Docket No. 12-1540

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"In Re: Robert Davis " (2012). *2012 Decisions.* Paper 1022.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/1022

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

BLD-165                                                    NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-1540
_____

In re:  ROBERT ODELL DAVIS,
                                                    Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to M.D. Pa. Civ. No. 3-09-cv-00012)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
April 19, 2012
Before:  SCIRICA, SMITH AND CHAGARES, Circuit Judges

(Opinion filed : May 9, 2012)
_____

OPINION
_____

PER CURIAM

　　　Robert Odell Davis requests by way of mandamus that we compel the District

Court to rule on certain motions that were pending in his civil rights action at the time

Davis filed the instant petition.  By order entered March 9, 2012, however, the District

Court did rule on those motions and entered judgment against Davis.  Accordingly, this

mandamus petition will be denied as moot.